**STATE OF FLORIDA, on the Relation of T. B. Gillespie and Nellie E. Gillespie, as Trustees of T. B. Gillespie, Inc., a dissolved corporation, v. J. M. LEE, as Comptroller of the State of Florida.**

22 So. (2nd) 813                                        June Term, 1945
July 20, 1945                                              En Banc

*Keen, Allen & O'Kelly,* for relator.

*J. Tom Watson,* Attorney General and *George M. Powell,* Assistant Attorney General, for respondent.

PER CURIAM:

The motion to quash the alternative writ is denied on authority of State ex rel. Russell Badgett et al., v. J. M. Lee, Comptroller, filed this day.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.